**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| KASHMIR L. BRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:11-cv-268-JMS-WGH |
| | ) | |
| COMMISSIONER BRUCE LEMANN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Entry and Order Dismissing Action

#### I.

Kashmir Bray was notified in *Bray v.* Buss, 2:10-cv-237-PPS-APR (N.D.Ind. July 15, 2010), that he had accumulated three "strikes" under 28 U.S.C. § 1915(g) and hence was ineligible to proceed *in forma pauperis.* A copy of that Order is attached to this Entry and Order, identified as Exhibit 1.

Accordingly, granting Bray's request to proceed *in forma pauperis* in this case was mistaken and is now **rescinded**. *Ammons v. Gerlinger*, 547 F.3d 724, 725 (7th Cir. 2008).

Consistent with the foregoing, Bray's request to proceed *in forma pauperis* is **denied.**

#### II.

In order to proceed *in forma pauperis* despite the circumstances described and ruling made in Part I of this Entry, Bray's allegations would have to show that he is under imminent danger of serious physical injury. "In order to meet the imminent danger requirement of 28 U.S.C. § 1915(g), the 'threat or prison conditions [must be] real and proximate.' When prisoners seeking to avoid the three strikes provision 'allege only a past injury that has not recurred, courts deny them leave to proceed IFP.'" *Ciarpaglini v. Saini*, 352 F.3d 328, 330 (7th Cir. 2003) (citing *Lewis v. Sullivan,* 279 F.3d 526, 529 (7th Cir. 2002)). Bray's allegations do not meet this standard.

#### III.

*Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999), dictates that in the circumstances noted in Part I of this Entry the action must be dismissed. "An effort to bamboozle the court by seeking permission to proceed *in forma pauperis* after a federal

judge has held that ' 1915(g) applies to a particular litigant will lead to immediate termination of the suit." *Id.*

That is the disposition which is compelled here. The action is dismissed without prejudice. Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**


Date:   11/23/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana